**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**MISAEL RIVERA-GARCIA** — **CIVIL DOCKET NO. 1:26-CV-2334**

**VERSUS** — **JUDGE DAVID C. JOSEPH**

**TODD BLANCHE ET AL** — **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering Petitioner Misael Rivera-Garcia's STIPULATION OF DISMISSAL (the "Motion") [DOC 10];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Misael Rivera-Garcia is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 8th day of September 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE